SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
HAYLEY S. GRUNVALD, Cal. Bar No. 227909
hgrunvald@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, CA  92130-4092
Telephone:  (858) 720-8900
Facsimile:   (859) 509-3691

Attorneys for Defendant.
SAVE MARKET SUPERMARKETS

MALAKAUSKAS LAW APC
Daniel Malakauskas, Cal Bar. No. 264903
daniel@malakauskas.com
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV  89113
Telephone: (866)790-2240
Facsimile:  (888) 802-2440

Attorney for Plaintiff
AURORA CERVANTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AURORA CERVANTES,<br><br>Plaintiff,<br><br>v.<br><br>SAVE MART SUPERMARKETS,<br><br>Defendants. | Case No. 1:20-cv-00730-NONE-BAM<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>Judge:  Honorable Barbara McAuliffe<br><br>Complaint Filed: May 26, 2020<br>Trial Date:         None Set |

# JOINT STIPULATION

Plaintiff, AURORA CERVANTES ("Plaintiff"), and Defendant SAVE MART SUPERMARKETS ("Defendant"), by and through their attorneys of record, hereby submit this Joint Stipulation pursuant to Civil Local Rule 144(a) to extend Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint by 30 days, with good cause, until July 23, 2020 based upon the following facts:

WHEREAS on May 26, 2020, Plaintiff filed her complaint in this action.

WHEREAS on June 2, 2020 Plaintiff served a Summons and Complaint on Defendant.

WHEREAS on the Parties are currently discussing whether an early resolution can be reached in the case which would serve to avoid the need for Defendant to file an answer.

WHEREAS upon a request by Defendant, Plaintiff has agreed to provide Defendant with a 30-day extension of time to respond to Plaintiff's complaint, until July 23, 2020, and which will not serve alter the date of any event or deadline fixed by the Court.

NOW THEREFORE, it is hereby stipulated by and between Plaintiff and Defendant, that Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is extended until July 23, 2020.

IT IS SO STIPULATED.

Dated: June 19, 2020             SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                 By:      */s/ Hayley S. Grunvald*
                                          HAYLEY S. GRUNVALD

                                 Attorneys for Defendant
                                 SAVE MARKET SUPERMARKETS

| | | |
|---|---|---|
| 1 | Dated: June 19, 2020 | MALAKAUSKAS LAW APC |
| 2 | | |
| 3 | | By: _/s/ Daniel Malakauskas_ |
| 4 | | DANIEL MALAKAUSKAS |
| 5 | | Attorneys for Plaintiff |
| 6 | | AURORA CERVANTES |

**ORDER**

Pursuant to the parties' stipulation, the deadline for Defendant Save Mart Supermarkets to file an answer or other responsive pleading to the complaint is HEREBY EXTENDED to July 23, 2020.

The parties are advised that further extensions will require a showing of good cause. Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated: __June 22, 2020__         /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE