UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br>SAVE MART SUPERMARKETS, as an entity and doing business as "Foodmaxx # 487", and DOES 1-50, Inclusive,<br><br>　　　　　Defendants. | Case No.: 1:20-CV-00730-NONE-BAM<br><br>**ORDER EXTENDING TIME TO FILE DISMISSAL DOCUMENTS**<br><br>(Doc. No. 15.) |

　　　On September 24, 2020, the parties filed a Notice of Settlement with a request for ninety (90) days to file dismissal documents. (Doc. No. 13.) On September 25, 2020, the Court ordered the parties to file dismissal documents not later than December 23, 2020. (Doc. No. 14.) On December 23, 2020, Plaintiff Aurora Cervantes filed a request for extension of time to file dismissal documents. (Doc. No. 15.)

　　　Pursuant to the Plaintiff's request, and good cause appearing, the request for extension of time to file dismissal documents is GRANTED. (Doc. No. 15.) The parties shall file appropriate papers to dismiss or conclude this action in its entirety within thirty (30) days of the date of this order.

IT IS SO ORDERED.

Dated:　**December 28, 2020**　　　　　　　　／s／ *Barbara A. McAuliffe*　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE